UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

# MEMORANDUM

TO: Frank E. Senk; Counsel of Record

FROM: Judge Peter J. Messitte

RE: Senk v. IQVIA, Inc.
No. 21-cv-1756

DATE: April 4, 2024

\* \* \*

The Court is in receipt of IQVIA's Notice of Submission of Deposition Testimony from Unavailable Witnesses (ECF No. 72) and the deposition excerpts attached thereto, as well as IQVIA's Notice of Revised Deposition Transcript Excerpts (ECF No. 74) and an abridged copy of Neha Aggarwal's deposition that has been highlighted with the parties' designations.

As this is a nonjury trial, the Court prefers to review the deposition transcripts of the unavailable witnesses in their entirety, not in excerpts. As stated in the Court's Pretrial Order (ECF No. 70), the Court will review the deposition transcripts outside of trial while keeping in mind the parties' respective designations.

Accordingly, the Court **ORDERS**:

1. The parties **SHALL** jointly submit to the Court a paper copy of the full deposition of each unavailable witnesses no later than noon on Monday, April 8, 2024; and
2. Defense counsel **SHALL** promptly send (while copying Mr. Senk) an electronic copy of Neha Aggarwal's entire deposition to Chambers by noon on Thursday, April 4, 2024.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly, and to send a copy of this Order to the email listed for Mr. Senk on the case's docket.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court file